IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.:

HARKHAM SHIPPING, LLC

   Plaintiff,
vs.

M/V KHELSEA
official number 300048, her engines,
tackle, apparel, furniture, etc., *in rem*,

   Defendant.
_____/

**<u>VERIFIED COMPLAINT PURSUANT TO RULE 9(h)</u>**

COMES NOW, the Plaintiff HARKHAM SHIPPING, LLC by and through their undersigned attorneys and pursuant to Rule C of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure, files this Complaint against the M/V KHELSEA, her engines, tackle, apparel, furniture, etc., *in rem*, as follows:

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, for a judgment and maritime lien pursuant to the provisions of 46 United States Code § 31341 – 31342 and Rule C of the Federal Rules of Civil Procedure.

2. Plaintiff, HARKHAM SHIPPING, LLC ("HARKHAM") was and is a Florida company, with an office and principal place of business in Miami, Florida providing wharfage and other marine services.

3. The M/V KHELSEA, a general cargo vessel is now, and will be during the pendency of this action, within this District and within the jurisdiction of this Court.

4. Plaintiff HARKHAM has furnished the M/V KHELSEA, at the request of Owner, various necessaries including wharfage which continue to accrue for the account of the vessel.

5. The statement for these various necessaries, which include dockage provided to the M/V KHELSEA is attached hereto as composite exhibit "1", which the Plaintiff incorporates by reference herein.

6. Wharfage charges for the vessel continues to accrue at $892.85 per day.

7. Despite demands made, neither the vessel owner nor anyone else claiming an interest in the vessel has tendered payment.

6. Because of the foregoing, the Plaintiff has been forced to incur the services of the undersigned law firm to enforce its rights and foreclose on its maritime lien against the Defendant vessel, and is obligated to pay reasonable attorney fee plus costs and expenses for services provided on its behalf.

7. As a result of the foregoing, Plaintiff has maritime liens against the M/V KHELSEA pursuant to 46 U.S.C. 31341-31342, the Maritime Lien Act, and Rule C of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

8. All conditions precedent to this action have occurred or have been waived.

WHEREFORE, the Plaintiff HARKHAM SHIPPING LLC prays that process in due form of law issue against the M/V KHELSEA, citing it and all persons and entities that have an interest in it to appear and answer under oath the matters aforesaid, and further that a Warrant of Arrest be issued against the M/V KHELSEA, her tackle, engines, appurtenances, etc., that a

judgment be entered on behalf of the Plaintiff for the amount of its accrued claim, plus prejudgment interest, attorney fees, expenses and costs, that the vessel be condemned and sold to satisfy and pay the same, that the maritime lien of the Plaintiff be declared a valid and existing lien in the accrued amount claimed herein together with all amounts required to be disbursed for the care and preservation of the vessel and that all costs, including attorney fees and expenses incurred by the Plaintiff be taxed as costs and/or awarded against the vessel and that the maritime lien of the Plaintiff be declared prior and superior to the claims and interests of all other persons, firms or corporations whatsoever, that it be declared that any persons, firms or corporations claiming interest in the vessel are forever barred and foreclosed of and from all rights, equity or redemption or claim of, in and to the vessel and every part thereof, and that the Plaintiff may have such other and further relief as justice may require.

DATED this 2nd day of January 2, 2017.

BLANCK COOPER & HERNANDEZ, P.A.
5730 SW 74th St.
Suite 700
Miami, Florida 33143
Telephone: (305) 663-0177
Facsimile: (305) 663-0146

BY:___// *Jonathan Cooper*_____
Jonathan S. Cooper, Esquire
Florida Bar Number: 99376

7676/ComplaintInRem

3

## VERIFICATION OF COMPLAINT

STATE OF FLORIDA )
                 ) ss:
COUNTY OF DADE   )

BEFORE ME, the undersigned authority, personally appeared GABRIEL HARKHAM who being duly sworn deposes and states:

1. I am the President and Manager of HARKHAM SHIPPING, LLC.

2. I have read the foregoing Verified Complaint and know the contents thereof and of my own knowledge assert that the same is true and correct.

3. I believe the matters to be true based on documents and information that is personally known to me, which I have reviewed, and I have obtained from representatives of HARKHAM SHIPPING, LLC.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
GABRIEL HARKHAM

Sworn to and Subscribed before me this _2nd_ day of January, 2017.