

# INVOICE

Harkham Shipping LLC
3001 NW South River
Drive Miami, FL 33142
PH: 305-684-4077
FAX:419-814-8770

Date: December 28, 2016
Invoice # DD001

**Bill To**  D&D Investments
48 Shirley Street
Nassau, Bahamas
954-889-4805
Customer ID: MV. KHLESEA
IMO: 8700838

| Invoice Date | Description | Amount |
|---|---|---|
| 12/20/2016 | Past Due Amount-Due Immediately (rate $535.71 till Oct 21 then $892.95) | $62,819.44 |
| 12/28/2016 | Dockage Rate January 1st 2017 -January 7th , 2017 | $6,250.65 |
| 12/28/2016 | TRASH+WATER+ELECTRIC  June - December 2016 @ $1,500 per month | $10,500.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Due Immediately** | **New Charges** | **Utilities Due** | | **Amount Due** |
| $62,819.44 | $6250.65 | $10,500.00 | | **$79,570.09** |

Make all Checks/ACH/Wires payable to **Harkham Shipping LLC**
Chase Bank
Bank Address: 940 Ives Dairy Road, Miami FL 33179
Account Name: Harkham Shipping, LLC
Account #:862058117
Routing #:267084131
Swift #: CHASUS33

**Harkham Shipping, LLC**

**3001 NW South River Drive Miami, FL 33142**

**PH: 305-684-4077 FAX: 419-814-8770**