# HARKHAM SHIPPING

**HARKHAM SHIPPING, LLC**
3001 NW South River Drive
Miami, FL 33142
(305) 684-4077

**Client:**
MV. KHELSEA IMO: 8700838
D & D Investrments
48 Shirley Street
Nassau, Bahamas (954) 889 4805

**Date:** January 18, 2017
**Statement #** ACCOUNT STATEMENT
**Customer ID:** MV. KHELSEA IMO:8700838

| Salesperson | Payment Terms | Due Date |
|---|---|---|
| | | Past Due |

| Item | Description | Daily Rate | Days | Line Total | Notes |
|---|---|---|---|---|---|
| 1 Ship | Dockage Rate May 26th - June 8th | $892.85 | 14 | $12,500.00 | inv date may 9th inv#30 |
| Payment | Wire Transfer 6/09/2016 - Sent to HVAC REPAIR | | | (12,500.00) | |
| 1 Ship | Dockage Rate June 9, 2016 - June 23, 2016 | $892.85 | 14 | $12,500.00 | inv date may 9th inv#35 |
| 1 Ship | Dockage Rate June 24, 2016 - July 7, 2016 | $892.85 | 14 | $12,500.00 | inv date 6/24 inv#39 |
| Payment | Wire Transfer 7/08/2016 - Sent to HVAC REPAIR | | | (25,000.00) | |
| 1 Ship | Dockage Rate July 8, 2016 -July 21, 2016 | $892.85 | 14 | $12,500.00 | inv date 07/08 inv#39 |
| 1 Ship | Dockage Rate July 22, 2016 -August 4, 2016 | $892.85 | 14 | $12,500.00 | inv date 7/22 inv#341 |
| Payment | Wire Transfer 7/22/2016 - Sent to HVAC REPAIR | | | (12,500.00) | |
| 1 Ship | Dockage Rate Aug 4, 2016-Aug 18, 2016 | $892.85 | 14 | $12,500.00 | inv date 08/04 inv#345 |
| 1 Ship | Dockage Rate Aug 18, 2016-Aug 31, 2016 | $892.85 | 14 | $12,500.00 | |
| Payment | Wire Transfer 8/15/2016 - Sent to HVAC REPAIR | | | (22,500.00) | |
| 1 Ship | Dockage Rate Sept 1-21 2016 | $535.71 | 21 | $11,250.00 | inv date 09/01 inv# 350 |
| Payment | Wire Transfer 9/02/2016 - Sent to HVAC REPAIR | | | (17,047.33) | |
| Payment | Wire Transfer 9/20/2016 - Sent to HARKHAM SHIPPING | | | (11,250.00) | |
| 1 Ship | Dockage Rate Sept 22, 2016 - Oct 21, 2016 | $535.71 | 30 | $16,071.42 | inv date 09/21 inv#353 |
| Payment | Cash Payment 10/25/2016 - Moneygram sent to Shaun Renau | | | (4,000.00) | |
| Payment | Cash Payment 11/03/2016 - Moneygram sent to Dave Lewis | | | (3,000.00) | |
| 1 Ship | Dockage Rate Oct 21, 2016-Nov 9, 2016 | $892.85 | 21 | $18,749.85 | inv date 11/16 inv#65 |
| 1 Ship | Dockage Rate Nov 9, 2016-Nov 23, 2016 | $892.85 | 14 | $12,500.00 | inv date 11/16 inv#65 |
| UTILITIES | TRASH+WATER+ELECTRIC - Nov 2016 | | | $1,359.84 | inv date 11/16 inv#65 |
| 1 Ship | Dockage Rate Nov 24, 2016-Dec 31, 2016 | $892.85 | 38 | $33,928.30 | per final statement |
| Payment | Wire Transfer 12/07/2016 - Sent to HARKHAM SHIPPING | | | (20,000.00) | |
| 1 Ship | Dockage Rate Jan 1, 2017-Jan 4, 2017 | $892.85 | 4 | $3,571.40 | per final statement |

| | |
|---|---|
| Subtotal | $57,133.48 |
| Sales Tax | |
| Total | $57,133.48 |

Make all Checks/ACH/Wires payable to Harkham Shipping LLC
Chase Bank
Bank Address: 940 Ives Dairy Road, Miami FL 33179
Account Name: Harkham Shipping, LLC
Account #:862058117
Routing #:267084131
Swift #: CHASUS33
Thank you for your business!

---

REVIEWED, CORRECTED AND ACCEPTED AS THE TRUE FINAL STATEMENT OF ACCOUNTS 18th OF JANUARY, 2017.

*[signature]*
Gabriel Harkham
Harkham Shipping, LLC
it's Manager

*[signature]*
Garth D. Lewis
D&D Investments & Holdings Ltd.
OWNERS REP.

EXHIBIT "A"